IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BAYER INTELLECTUAL PROPERTY GMBH, BAYER PHARMA AG, and JANSSEN PHARMACEUTICALS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 15-902 (SLR) CONSOLIDATED |
| AUROBINDO PHARMA LIMITED, AUROBINDO PHARMA USA, INC., BRECKENRIDGE PHARMACEUTICAL, INC., MICRO LABS LTD., MICRO LABS USA INC., MYLAN PHARMACEUTICALS INC., PRINSTON PHARMACEUTICAL INC., SIGMAPHARM LABORATORIES, LLC, TORRENT PHARMACEUTICALS, LIMITED, and TORRENT PHARMA INC. | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |
| BAYER INTELLECTUAL PROPERTY GMBH, BAYER PHARMA AG, and JANSSEN PHARMACEUTICALS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 16-628 (SLR) |
| BRECKENRIDGE PHARMACEUTICAL, INC., | ) ) ) ) | |
| Defendants. | ) | |

**STIPULATION AND [PROPOSED] ORDER OF CONSOLIDATION**

WHEREAS Plaintiffs Bayer Intellectual Property GmbH, Bayer Pharma AG, and Janssen Pharmaceuticals, Inc. filed C.A. No. 16-628-SLR against Defendant Breckenridge Pharmaceutical, Inc. ("Breckenridge") July 25, 2016 (D.I. 1).

WHEREAS Breckenridge is already a defendant in *Bayer Intellectual Property GmbH, et al. v. Aurobindo Pharma Limited, et al.*, C.A. No 15-902-SLR, involving the same ANDA, No. 208220;

WHEREAS the parties have agreed that this action should be consolidated with C.A. No. 15-902-SLR; and

WHEREAS the other defendants in C.A. No. 15-902-SLR have represented that they do not object to the consolidation;

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the Court's approval, that C.A. No. 16-628-SLR is consolidated into C.A. No. 15-902-SLR for all purposes. All filings shall be in C.A. No. 15-902-SLR.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A. |
| */s/ Derek J. Fahnestock* | */s/ John C. Phillips, Jr.* |
| Jack B. Blumenfeld (#1014)<br>Rodger D. Smith (#3778)<br>Derek J. Fahnestock (#4705)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>rsmith@mnat.com<br>dfahnestock@mnat.com | John C. Phillips, Jr. (#110)<br>Megan C. Haney (#5016)<br>1200 North Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200<br>jcp@pgmhlaw.com<br>mch@pgmhlaw.com<br><br>*Attorneys for Defendant Breckenridge Pharmaceutical Inc.* |

*Attorneys for Plaintiffs Bayer Intellectual Property GmbH, Bayer Pharma AG, and Janssen Pharmaceuticals, Inc.*

August 23, 2016
10264011.2

SO ORDERED this ___ day of _____, 2016.

_____
United States District Judge