**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BAYER INTELLECTUAL PROPERTY GMBH, BAYER PHARMA AG, and JANSSEN PHARMACEUTICALS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AUROBINDO PHARMA LIMITED, AUROBINDO PHARMA USA, INC., BRECKENRIDGE PHARMACEUTICAL, INC., INVAGEN PHARMACUETICALS, INC., MICRO LABS LTD., MICRO LABS USA INC., MYLAN PHARMACEUTICALS INC., PRINSTON PHARMACEUTICAL INC., SIGMAPHARM LABORATORIES, LLC, TORRENT PHARAMCEUTICALS, LIMITED, and TORRENT PHARMA INC.<br><br>Defendants. | C.A. No. 15-902-RGA<br>CONSOLIDATED |

**STIPULATION AND ORDER REGARDING INFRINGEMENT**

Plaintiffs Bayer Intellectual Property GmbH, Bayer Pharma AG, and Janssen Pharmaceuticals, Inc., (collectively, "Plaintiffs") and Defendant Breckenridge Pharmaceutical, Inc. ("Breckenridge") hereby STIPULATE, and request that the Court ORDER, as follows:

    1.    The rivaroxaban products that are the subject of Breckenridge's ANDA No. 208220 (including any amendments or supplements thereto) ("Breckenridge's ANDA Products"), as well as the active ingredient contained therein, infringe each of claims 1-6, 10, 14, 16, and 27 of U.S. Patent No. 7,157,456 ("the '456 patent"), provided that the claim at issue is not proven invalid or unenforceable;

    2.    Breckenridge's ANDA Products infringe each of claims 8, 17, 18, 19, and 28 of the '456 patent, provided that the claim at issue is not proven invalid or unenforceable;

3. The manufacture of the active ingredient contained in Breckenridge's ANDA Products infringes each of claims 7, 11, 20, and 21 of the '456 patent, provided that the claim at issue is not proven invalid or unenforceable;

4. Breckenridge's ANDA Products, as well as the active ingredient contained therein, infringe claim 1 of U.S. Patent No. 7,585,860, provided that the claim at issue is not proven invalid or unenforceable;

5. Neither Breckenridge, nor MSN Laboratories Private Limited ("MSN"), the supplier of the active ingredient contained in Breckenridge's ANDA Products, shall be required to produce documents in response to the subpoena served on MSN on or about December 7, 2016 in connection with this action;

6. Breckenridge need not produce, in response to Plaintiffs' First Set of Requests for Production to Breckenridge, dated August 5, 2016, or otherwise, material from DMF #027807 or materials obtained from MSN concerning DMF #027807; and

7. Breckenridge need not produce, in response to Plaintiffs' First Set of Requests for Production to Breckenridge, dated August 5, 2016 or otherwise any further documents responsive to any document request except (subject to its stated objections) Request Nos. 3, 34-36. For clarity, however, Breckenridge shall supplement its document production with respect to any further correspondence or filings with the FDA in relation to its ANDA No. 208220, including any supplements or amendments to ANDA No. 208220 and any materials relating to the proposed package insert/labeling for Breckenridge's ANDA Products. Breckenridge shall also produce any documents it intends to rely upon in this litigation.

The parties make this stipulation without prejudice to or waiver of their rights on any appeal of any judgment of this Court, except with respect to the matters of infringement as stipulated herein.

IT IS HEREBY STIPULATED:

Dated:  February 3, 2017

*/s/ Rodger D. Smith II*
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (# 3778)
Derek J. Fahnestock (# 4705)
Morris, Nichols, Arsht & Tunnel LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
rsmith@mnat.com
dfahnestock@mnat.com

*Attorneys for Plaintiffs Bayer Intellectual Property GmbH, Bayer Pharma AG, and Janssen Pharmaceuticals, Inc.*

Bruce R. Genderson
Adam L. Perlman
Dov P. Grossman
Steven M. Pyser
Alexander S. Zolan
Martha C. Kidd
Kathryn S. Kayali
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
bgenderson@wc.com
aperlman@wc.com
dgrossman@wc.com
spyser@wc.com
azolan@wc.com
mkidd@wc.com
kkayali@wc.com
*Attorneys for Plaintiffs Bayer Intellectual Property GmbH and Bayer Pharma AG*

Dated: February 3, 2017

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
Phillips, Goldman, McLaughlin & Hall, P.A.
1200 North Broom Street
Wilmington, DE 19806
302-655-4200
jcp@pgmhlaw.com
mch@pgmhlaw.com

Bruce D. DeRenzi
Robert F. Vroom
Breckenridge Pharmaceutical, Inc.
60 East 42nd Street, Suite 2410
New York, NY 10165
Phone (646) 448-1300
Fax (646) 448-1301
bderenzi@bpirx.com
rvroom@bpirx.com

B. Jefferson Boggs
Matthew L. Fedowitz
MERCHANT & GOULD PC
1900 Duke Street, Suite 600
Alexandria, VA 22314
Phone (703) 684-2500
Fax (703) 684-2501
jboggs@merchantgould.com
mfedowitz@merchantgould.com

Christopher J. Sorenson
MERCHANT & GOULD PC
3200 IDS Center
80 S. Eighth Street
Minneapolis, MN 55402

David T. Pritikin
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
dpritikin@sidley.com
*Attorneys for Plaintiff Janssen Pharmaceuticals, Inc.*

Bindu Donovan
S. Isaac Olson
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
bdonovan@sidley.com
iolson@sidley.com
*Attorneys for Plaintiff Janssen Pharmaceuticals, Inc.*

Phone (612) 332-5300
Fax (612) 332-9081
csorenson@merchantgould.com

*Attorneys for Defendant Breckenridge Pharmaceutical Inc.*

IT IS SO ORDERED this _____ day of _____, 2017.

						_____
						The Honorable Richard G. Andrews
						United States District Judge

David T. Pritikin
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
dpritikin@sidley.com
*Attorneys for Plaintiff Janssen Pharmaceuticals, Inc.*

Bindu Donovan
S. Isaac Olson
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
bdonovan@sidley.com
iolson@sidley.com
*Attorneys for Plaintiff Janssen Pharmaceuticals, Inc.*

Phone (612) 332-5300
Fax (612) 332-9081
csorenson@merchantgould.com

*Attorneys for Defendant Breckenridge Pharmaceutical Inc.*

IT IS SO ORDERED this _____ day of _____, 2017.

				_____
				The Honorable Richard G. Andrews
				United States District Judge