IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER INTELLECTUAL PROPERTY GMBH, BAYER PHARMA AG, and JANSSEN PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AUROBINDO PHARMA LIMITED, AUROBINDO PHARMA USA, INC., BRECKENRIDGE PHARMACEUTICAL, INC., INVAGEN PHARMACEUTICALS, INC., MICRO LABS LTD., MICRO LABS USA INC., MYLAN PHARMACEUTICALS INC., PRINSTON PHARMACEUTICAL INC., SIGMAPHARM LABORATORIES, LLC, TORRENT PHARMACEUTICALS, LIMITED, and TORRENT PHARMA INC. <br><br> Defendants. | ) ) ) ) ) ) ) ) C.A. No. 15-902 (RGA) ) CONSOLIDATED ) ) ) ) ) ) ) ) ) ) ) ) |

## STIPULATION AND PROPOSED ORDER

This Stipulation is made by and between (1) Bayer Intellectual Property GmbH, Bayer Pharma AG, and Janssen Pharmaceuticals, Inc. (collectively "Plaintiffs") and (2) Prinston Pharmaceutical Inc. ("Prinston").

WHEREAS Plaintiffs filed suit against Prinston in the above-captioned case (the "Action");

WHEREAS Plaintiffs and Prinston wish to stay the Action as against Prinston;

WHEREAS Plaintiffs and Prinston wish for Prinston to be bound by the final judgment in the Action; and

NOW THEREFORE, Plaintiffs and Prinston, by and through their respective undersigned counsel in the Action, and subject to the approval of the Court, stipulate and agree as follows:

1. The Action will be stayed as between Plaintiffs and Prinston.

2. Once this Stipulation and Proposed Order has been approved by the Court, the proceedings involving Prinston are stayed until such time as final judgment is entered by this Court following actual litigation on the merits in the Action (*i.e.*, excluding judgment that is entered as a result of settlement, consent judgment, stipulated judgment, or other judgment or disposition that is not an actual contested decision on the merits in the Action). That is, Prinston will not participate in the Action, and as such will not, for example, produce any additional documents, participate in or be subject to any depositions, submit any expert reports, file any pleadings, or appear at the trial in this matter.

3. If the Action as to all other Defendants is resolved by settlement or any other type of stipulated, consent or otherwise agreed final judgment prior to the entry of a final Judgment on the merits by the Court, the parties agree that the stay of the Action shall be lifted upon the request and motion of any party.

4. Prinston agrees to be bound by any final judgment, including any injunction, rendered in this Action as to any other Defendant or Defendants, as if the case against Prinston had not been stayed.

5. If the Court holds that any Defendant remaining in the Action infringes any of the claims of the patents-in-suit, Prinston will be held to infringe those claims as well.

6. If a final judgment regarding validity is entered in Plaintiffs' favor as to any of the other Defendants in the Action with respect to any of the patents-in-suit, final judgment will be entered in Plaintiffs' favor against Prinston as well with respect to the same patent or patents.

7. If a final judgment regarding validity is entered in favor of any of the other Defendants in the Action with respect to any of the patents-in-suit, final judgment will be entered in Prinston's favor as well with respect to the same patent or patents.

8. Prinston and Plaintiffs retain the right to file an appeal from the judgment by the District Court in the Action and to challenge on appeal the merits of the Final Judgment.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | DUANE MORRIS LLP |
|---|---|
| */s/ Jack B. Blumenfeld* | */s/ Richard L. Renck* |
| Jack B. Blumenfeld (#1014)<br>Rodger D. Smith (#3778)<br>Derek J. Fahnestock (#4705)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>rsmith@mnat.com<br>dfahnestock@mnat.com<br><br>*Attorneys for Plaintiffs Bayer Intellectual Property GmbH, Bayer Pharma AG, and Janssen Pharmaceuticals, Inc.* | Richard L. Renck (#3893)<br>222 Delaware Avenue,<br>Suite 1600<br>Wilmington, DE 19801<br>(302)657-4906<br>rlrenck@duanemorris.com<br><br>*Attorneys for Defendant Prinston Pharmaceutical Inc.* |

SO ORDERED this ___ day of April, 2017.

_____
United States District Judge