IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER INTELLECTUAL PROPERTY GMBH, BAYER PHARMA AG, and JANSSEN PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AUROBINDO PHARMA LIMITED, AUROBINDO PHARMA USA, INC., BRECKENRIDGE PHARMACEUTICAL, INC., INVAGEN PHARMACEUTICALS, INC., MICRO LABS LTD., MICRO LABS USA INC., MYLAN PHARMACEUTICALS INC., PRINSTON PHARMACEUTICAL INC., SIGMAPHARM LABORATORIES, LLC, TORRENT PHARMACEUTICALS, LIMITED, and TORRENT PHARMA INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) C.A. No. 15-902 (RGA) ) CONSOLIDATED ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Responsive Expert Report of Alfred P. Spada, Ph.D.*; (2) *Responsive Expert Report of George G. Zhanel, Ph.D.*; (3) *Expert Report of Christopher A. Vellturo, Ph.D.*; and (4) *Expert Report of Jeffrey W. Olin, D.O.* were caused to be served on September 29, 2017, upon the following in the manner indicated:

R. Touhey Myer, Esquire                                                                    *VIA ELECTRONIC MAIL*
CAESAR RIVISE, PC
800 North King Street, Suite 304
Wilmington, DE  19801
*Attorneys for Defendants InvaGen*
*Pharmaceuticals, Inc. and Sigmapharm*
*Laboratories, LLC*

| | |
|---|---|
| Lynn Terrebonne, Esquire<br>CAESAR RIVISE, PC<br>1635 Market Street<br>Seven Penn Center, 12th Floor<br>Philadelphia, PA  19103<br>*Attorneys for Defendants InvaGen*<br>*Pharmaceuticals, Inc. and Sigmapharm*<br>*Laboratories, LLC* | *VIA ELECTRONIC MAIL* |
| David E. Moore, Esquire<br>Bindu A. Palapura, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant Mylan*<br>*Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |
| Douglas H. Carsten, Esquire<br>Elham Firouzi Steiner, Esquire<br>WILSON SONSINI GOODRICH & ROSATI P.C.<br>12235 El Camino Real, Suite 200<br>San Diego, CA  92130<br>*Attorneys for Defendant Mylan*<br>*Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |
| David M. Hanna, Esquire<br>WILSON SONSINI GOODRICH & ROSATI P.C.<br>One Market Plaza – Spear Tower, Suite 3300<br>San Francisco, CA  94105<br>*Attorneys for Defendant Mylan*<br>*Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |

Lynn Terrebonne, Esquire      *VIA ELECTRONIC MAIL*
CAESAR RIVISE, PC
1635 Market Street
Seven Penn Center, 12th Floor
Philadelphia, PA  19103
*Attorneys for Defendants InvaGen*
*Pharmaceuticals, Inc. and Sigmapharm*
*Laboratories, LLC*

David E. Moore, Esquire      *VIA ELECTRONIC MAIL*
Bindu A. Palapura, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801
*Attorneys for Defendant Mylan*
*Pharmaceuticals Inc.*

Douglas H. Carsten, Esquire      *VIA ELECTRONIC MAIL*
Elham Firouzi Steiner, Esquire
WILSON SONSINI GOODRICH & ROSATI P.C.
12235 El Camino Real, Suite 200
San Diego, CA  92130
*Attorneys for Defendant Mylan*
*Pharmaceuticals Inc.*

David M. Hanna, Esquire      *VIA ELECTRONIC MAIL*
WILSON SONSINI GOODRICH & ROSATI P.C.
One Market Plaza – Spear Tower, Suite 3300
San Francisco, CA  94105
*Attorneys for Defendant Mylan*
*Pharmaceuticals Inc.*

OF COUNSEL:

Bruce R. Genderson
Adam L. Perlman
Dov P. Grossman
Steven M. Pyser
Alexander S. Zolan
Martha C. Kidd
Kathryn S. Kayali
Scott K. Dasovich
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC  20005
(202) 434-5000

*Attorneys for Plaintiffs Bayer Intellectual Property GmbH and Bayer Pharma AG*

David T. Pritikin
Lisa A. Schneider
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603
(312) 853-7000

Bindu Donovan
S. Isaac Olson
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY  10019
(212) 839-5300

*Attorneys for Plaintiff Janssen Pharmaceuticals, Inc.*

September 29, 2017
11320137

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Derek J. Fehnestock*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Derek J. Fahnestock (#4705)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com
dfahnestock@mnat.com

*Attorneys for Plaintiffs Bayer Intellectual Property GmbH, Bayer Pharma AG, and Janssen Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 29, 2017, upon the following in the manner indicated:

| | |
|---|---|
| R. Touhey Myer, Esquire<br>CAESAR RIVISE, PC<br>800 North King Street, Suite 304<br>Wilmington, DE  19801<br>*Attorneys for Defendants InvaGen*<br>*Pharmaceuticals, Inc. and Sigmapharm*<br>*Laboratories, LLC* | *VIA ELECTRONIC MAIL* |
| Robert S. Silver, Esquire<br>Salvatore Guerriero, Esquire<br>Pei-Ru Wey, Esquire<br>Lynn Terrebonne, Esquire<br>Michael P. Hogan, Esquire<br>CAESAR RIVISE, PC<br>1635 Market Street<br>Seven Penn Center, 12th Floor<br>Philadelphia, PA  19103<br>*Attorneys for Defendants InvaGen*<br>*Pharmaceuticals, Inc. and Sigmapharm*<br>*Laboratories, LLC* | *VIA ELECTRONIC MAIL* |
| Adam W. Poff, Esquire<br>Pilar G. Kraman, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendants Torrent*<br>*Pharmaceuticals, Limited and Torrent Pharma*<br>*Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Hemant Keeto Sabharwal, Esquire<br>Cedric Tan, Esquire<br>Ahmed Abdel-Rahman, Esquire<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>1200 Seventeenth Street, N.W.<br>Washington, DC  20036-3006<br>*Attorneys for Defendants Torrent*<br>*Pharmaceuticals, Limited and Torrent Pharma*<br>*Inc.* | *VIA ELECTRONIC MAIL* |
| Michelle A. Herrera, Esquire<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>501 West Broadway, Suite 1100<br>San Diego, CA  92101<br>*Attorneys for Defendants Torrent*<br>*Pharmaceuticals, Limited and Torrent Pharma*<br>*Inc.* | *VIA ELECTRONIC MAIL* |
| Sean M. Weinman, Esquire<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>1650 Tysons Boulevard, 14th Floor<br>McLean, VA  22102<br>*Attorneys for Defendants Torrent*<br>*Pharmaceuticals, Limited and Torrent Pharma*<br>*Inc.* | *VIA ELECTRONIC MAIL* |
| John C. Phillips, Jr., Esquire<br>Megan C. Haney, Esquire<br>PHILLIPS, GOLDMAN, MCLAUGHLIN<br>  & HALL, P.A.<br>1200 North Broom Street<br>Wilmington, DE  19806<br>*Attorneys for Defendant Breckenridge*<br>*Pharmaceutical Inc.* | *VIA ELECTRONIC MAIL* |
| Matthew L. Fedowitz, Esquire<br>B. Jefferson Boggs, Jr., Esquire<br>MERCHANT & GOULD<br>1701 Duke Street, Suite 310<br>Alexandria, VA  22314<br>*Attorneys for Defendant Breckenridge*<br>*Pharmaceutical Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Christopher J. Sorenson, Esquire<br>MERCHANT & GOULD<br>3200 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN  55402<br>*Attorneys for Defendant Breckenridge*<br>*Pharmaceutical Inc.* | *VIA ELECTRONIC MAIL* |
| Robert Vroom, Esquire<br>Bruce D. DeRenzi, Esquire<br>BRECKENRIDGE PHARMACEUTICAL INC.<br>60 East 42nd Street, Suite 5210<br>New York, NY  10165<br>*Attorneys for Defendant Breckenridge*<br>*Pharmaceutical Inc.* | *VIA ELECTRONIC MAIL* |
| Richard L. Renck, Esquire<br>DUANE MORRIS LLP<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE  19801<br>*Attorneys for Defendant Prinston*<br>*Pharmaceutical Inc.* | *VIA ELECTRONIC MAIL* |
| Anthony J. Fitzpatrick, Esquire<br>DUANE MORRIS LLP<br>100 High Street, Suite 2400<br>Boston, MA  02110-1724<br>*Attorneys for Defendant Prinston*<br>*Pharmaceutical Inc.* | *VIA ELECTRONIC MAIL* |
| Emily N. Winfield, Esquire<br>DUANE MORRIS LLP<br>190 South LaSalle Street, Suite 3700<br>Chicago, IL  60603-3433<br>*Attorneys for Defendant Prinston*<br>*Pharmaceutical Inc.* | *VIA ELECTRONIC MAIL* |
| John W. Shaw, Esquire<br>Jeffrey T. Castellano, Esquire<br>SHAW KELLER LLP<br>1105 N. Market Street<br>12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Aurobindo Pharma Limited*<br>*and Aurobindo USA, Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>Bindu A. Palapura, Esquire<br>Stephanie E. O'Byrne, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant Mylan*<br>*Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |
| Douglas H. Carsten, Esquire<br>Wendy Lynn Devine, Esquire<br>Christina Dashe, Esquire<br>Elham Firouzi Steiner, Esquire<br>WILSON SONSINI GOODRICH & ROSATI P.C.<br>12235 El Camino Real, Suite 200<br>San Diego, CA  92130<br>*Attorneys for Defendant Mylan*<br>*Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |
| David M. Hanna, Esquire<br>WILSON SONSINI GOODRICH & ROSATI P.C.<br>One Market Plaza – Spear Tower, Suite 3300<br>San Francisco, CA  94105<br>*Attorneys for Defendant Mylan*<br>*Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |
| Kenneth L. Dorsney, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801<br>*Attorneys for Defendants*<br>*Micro Labs USA, Inc. and Micro Labs Ltd.* | *VIA ELECTRONIC MAIL* |

Stephen R. Auten, Esquire                                                                                                                              *VIA ELECTRONIC MAIL*
Andrew M. Alul, Esquire
Brian P. Murray, Esquire
Roshan P. Shrestha, Esquire
Ian Scott, Esquire
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2800
Chicago, IL  60601
*Attorneys for Defendants*
*Micro Labs USA, Inc. and Micro Labs Ltd.*


                                                                                                                 /s/ *Derek J. Fahnestock*
                                                                                                                  _____
                                                                                                                  Derek J. Fahnestock (#4705)