IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____

BAYER INTELLECTUAL PROPERTY GMBH, ET AL. V. AUROBINDO PHARMA LIMITED, ET AL.

Civil Action No. 1:15-CV-00902
_____

**DESIGNATION OF DISTRICT JUDGE
FOR SERVICE IN ANOTHER DISTRICT COURT WITHIN THE CIRCUIT**

_____

Pursuant to the provisions of 28 U.S.C. § 292(b), and finding that it is in the public interest to do so, I do hereby designate and assign the Honorable Lawrence F. Stengel of the United States District Court for the Eastern District of Pennsylvania for such a period as is necessary for the disposition of the above-entitled matter.

                  s/ D. Brooks Smith
                  D. Brooks Smith, Chief Judge
                  United States Court of Appeals
                  For the Third Circuit

Dated: November 27, 2017