# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Rodger D. Smith II
302 351 9205
rsmith@mnat.com

Original Filing Date: May 24, 2018
Redacted Filing Date: May 31, 2018

REDACTED - PUBLIC VERSION

The Honorable Lawrence F. Stengel                            *VIA ELECTRONIC FILING*
United States District Court
Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street, Room 14613
Philadelphia, PA 19106-1725

Re:   *Bayer Intellectual Property GmbH, et al. v. Aurobindo Pharma Limited, et al.*
       C.A. No. 15-902 (LFS) CONSOLIDATED

Dear Chief Judge Stengel:

We are writing on behalf of Plaintiff Janssen Pharmaceuticals, Inc. ("Janssen") in the above-captioned matter. The parties presented Closing Arguments in this matter on April 25, 2018. Janssen requests redaction of specific portions of the transcript of those Closing Arguments. The table below sets forth the pages and line numbers of the transcript that Janssen requests be redacted. Exhibit A (filed Under Seal) provides, for the Court's reference, the pages identified below with the words and phrases that Janssen specifically requests be redacted underlined. Exhibit B provides public versions of the pages, with those words and phrases redacted. Defendants have reviewed this letter and attachments, and do not oppose Janssen's request.

| Date/Time | Portions to Redact |
|---|---|
| Trial Day 5, April 25, 2018 (Closing Arguments) | Page 29, lines 20-23<br>Page 30, lines 9-13<br>Page 68, lines 13-14, 22-23, 25<br>Page 69, lines 1-8, 10-12, 14-15<br>Page 73, line 21 |

Respectfully,

/s/ *Rodger D. Smith II*

Rodger D. Smith II (#3778)

The Honorable Lawrence F. Stengel
May 24, 2018
Page 2

Enclosures
cc:     Clerk of Court (via hand delivery)
        All Counsel of Record (via electronic mail)