# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

BAYER INTELLECTUAL PROPERTY
GMBH, BAYER PHARMA AG, and JANSSEN
PHARMACEUTICALS, INC.,

        Plaintiffs,

  v.

AUROBINDO PHARMA LIMITED,
AUROBINDO PHARMA USA, INC.,
BRECKENRIDGE PHARMACEUTICAL,
INC., MICRO LABS LTD., MICRO LABS
USA INC., MYLAN PHARMACEUTICALS
INC., MYLAN INC., PRINSTON
PHARMACEUTICAL INC., SIGMAPHARM
LABORATORIES, LLC, TORRENT
PHARMACEUTICALS, LIMITED, and
TORRENT PHARMA INC.,

        Defendants.

C.A. No. 15-cv-00902-SLR

JURY TRIAL DEMANDED

## NOTICE OF APPEAL

Notice is hereby given that, to the extent the Order and Judgment entered in the above-captioned action on July 13, 2018 (Docket Entry No. 318) (the "Judgment") is binding on Defendant Prinston Pharmaceutical, Inc. ("Prinston"), Prinston hereby appeals to the United States Court of Appeals for the Federal Circuit from the Judgment, including all interlocutory decisions and orders subsidiary thereto and subsumed therein and all adverse orders, decisions and opinions of the Court in this matter, including the Findings of Fact, Conclusion of Law and Verdict (Docket Entry No. 317) entered on July 13, 2018.

Included herewith is payment of the filing fee ($5.00) and the docketing fee ($500.00) as required by 28 U.S.C. § 1917, Federal Circuit Rule 52(a)(3)(A), Federal Rule of Appellate

Procedure 3(e), and the United States District Court for the District of Delaware fee schedule (effective August 1, 2016).

Dated:  August 13, 2018

        /s/ Richard L. Renck
Richard L. Renck (I.D. No. 3893)
222 Delaware Avenue, Suite 1600
Wilmington, DE  19801
Tel: (302) 657-4900
Fax: (302) 657-4901
rlrenck@duanemorris.com

Anthony J. Fitzpatrick (*pro hac vice*)
Vincent L. Capuano, Ph.D.  (*pro hac vice*)
DUANE MORRIS LLP
100 High Street, Suite 2400
Boston, MA 02110-1724
Tel:  (857) 488-4200
Fax: (857) 488-4201
ajfitzpatrick@duanemorris.com
vcapuano@duanemorris.com

*Attorneys for Prinston Pharmaceutical Inc.*

## CERTIFICATE OF SERVICE

I certify that this document has been filed through the Electronic Case Filing System of the United States District Court for the District of Delaware and will be served electronically by the court to the Registered Participants identified in the Notice of Electronic filing for this case.

Dated: August 13, 2018                                         */s/ Richard L. Renck*
                                                                               Richard L. Renck